UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re** Durr Mechanical Construction
**Debtor**

**Case No.** 18-13968
**Reporting Period:** 6/1/2019-6/30/2019

**Federal Tax I.D. #** 13-3320345

**CORPORATE MONTHLY OPERATING REPORT**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
| Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor | Date

Signature of Authorized Individual* /s/ Kenneth A. Durr | Date: 7/17/19

Printed Name of Authorized Individual: Kenneth A. Durr | Date: 7/17/19

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re Durr Mechanical Construction | Case No. 18-13968
Debtor | Reporting Period: 6/1/2019-6/30/2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPERATING HSBC 2244 | PAYROLL HSBC | Chubb Account HSBC 8266 | Enexio Award Account HSBC 1811 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH 5/30/2019** | 294,341.00 | 2,554.35 | 295.00 | - | 297,190.35 |
| **RECEIPTS** | | | | | |
| CASH SALES | | | | | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | | | 10,902,434.00 | 10,902,434.00 |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | | | | - |
| DIP FINANCING | 250,000.00 | | | | 250,000.00 |
| SALE OF ASSETS | 29,000.00 | | | | 29,000.00 |
| OTHER *(ATTACH LIST)* *CORBA REIMBURSEMENT'* | - | | | | - |
| TRANSFERS *(FROM DIP ACCTS)* | - | 62,000.00 | - | - | 62,000.00 |
| **TOTAL RECEIPTS** | 279,000.00 | 62,000.00 | - | 10,902,434.00 | 11,243,434.00 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | 63,326.00 | | | 63,326.00 |
| PAYROLL TAXES | 39,413.00 | - | - | - | 39,413.00 |
| SALES, USE, & OTHER TAXES | - | | | | - |
| INVENTORY PURCHASES | | | | | - |
| SECURED/ RENTAL/ LEASES | 3,386.00 | | | | 3,386.00 |
| INSURANCE | 26,805.00 | | | | 26,805.00 |
| ADMINISTRATIVE | 55,855.00 | | | | 55,855.00 |
| SELLING | | | | | - |
| OTHER *(ATTACH LIST)*** | - | | | | - |
| OWNER DRAW * | | | | | - |
| TRANSFERS *(TO DIP ACCTS)* | 62,000.00 | | - | - | 62,000.00 |
| PROFESSIONAL FEES | | | | | - |
| U.S. TRUSTEE QUARTERLY FEES | | | | | - |
| COURT COSTS | | | | | - |
| **TOTAL DISBURSEMENTS** | 187,459.00 | 63,326.00 | - | - | 250,785.00 |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 91,541.00 | (1,326.00) | - | 10,902,434.00 | 10,992,649.00 |
| | | | | | |
| CASH – END OF MONTH | 385,882.00 | 1,228.35 | 295.00 | 10,902,434.00 | 11,289,839.35 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 250,785.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 62,000.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 188,785.00 |

In re  Durr Mechanical Construction                    Case No.  18-13968
        **Debtor**                          Reporting Period:  6/1/2019-6/30/2019

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating HSBC #2244 | HSBC Payroll #8258 | Chubb HSBC #8266 | Enexio HSBC #1811 | |
|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | 385,882.00 | 1,228.35 | 295.00 | 10,902,434.00 | 2,696.35 |
| **BANK BALANCE** | 395,201.00 | 1,228.00 | 295.00 | 10,902,434.00 | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | | |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | 8,193.00 | - | - | - | |
| OTHER  *(ATTACH EXPLANATION)* | (1,126.00) | (2,696.00) | - | - | |
| **ADJUSTED BANK BALANCE \*** | 385,882.00 | (1,468.00) | 295.00 | 10,902,434.00 | |

*"Adjusted Bank Balance" must equal "Balance per Books"                    -

| DEPOSITS IN TRANSIT | Date | Amount | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # |
| Adriana Megia-Deras | 6913 | 54.01 | |
| Zachary Durr | 6917 | 256.28 | |
| Frank Heidinger | 6918 | 403.60 | |
| HSBC Bank USA NA | 62520190 | 6,630.32 | |
| NYS Income Tax | 62520191 | 323.15 | |
| PA Department of Revenue | 62520192 | 525.26 | |
| | | | |
| | | | |
| | | | |

                                    8,192.62

**OTHER**

$1126 manual adjustments
.

**In re** Durr Mechanical Construction **Case No.** 18-13968
**Debtor** **Reporting Period:** 6/1/2019-6/30/2019

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | 10,810.00 | 597,616.00 |
| Less: Returns and Allowances | - | 554,386.00 |
| Net Revenue | 10,810.00 | 43,230.00 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | - |
| Add: Materials | 2,028.00 | 64,328.00 |
| Add: Cost of Labor | 28,491.00 | 298,503.00 |
| Add: Insurance | 2,833.00 | 88,403.00 |
| Less: Ending Inventory | - | - |
| Cost of Goods Sold | 33,352.00 | 451,234.00 |
| Gross Profit ( Loss) | (22,542.00) | (408,004.00) |
| **OPERATING EXPENSES** | | |
| Advertising | | - |
| Auto and Truck Expense | | - |
| Bad Debts | - | - |
| Contributions | | - |
| Employee Benefits Programs | | - |
| Officer/Insider Compensation* | 59,576.00 | 421,735.00 |
| Insurance | 16,380.00 | 123,648.00 |
| Management Fees/Bonuses | - | - |
| Office Expense | - | 14,515.00 |
| Pension & Profit-Sharing Plans | - | - |
| Repairs and Maintenance | - | 8,558.00 |
| Rent and Lease Expense | 36,000.00 | 130,627.00 |
| Salaries/Commissions/Fees | - | 103,699.00 |
| Supplies | - | - |
| Taxes - Payroll | 12,372.00 | 92,042.00 |
| Taxes - Real Estate | - | - |
| Taxes -Corporate Income Tax | - | 8,240.00 |
| Travel and Entertainment | 284.00 | 19,611.00 |
| Utilities | 1,446.00 | 18,041.00 |
| Other *(attach schedule)* | 138,676.00 | 250,928.00 |
| Total Operating Expenses Before Depreciation | 264,734.00 | 1,191,644.00 |
| Depreciation/Depletion/Amortization | 41,362.00 | 281,529.00 |
| Net Profit (Loss) Before Other Income & Expenses | (328,638.00) | (1,881,177.00) |
| **OTHER INCOME AND EXPENSES** | | |
| Enexio Arbitration Award Income | 8,911,038.00 | 8,911,038.00 |
| Interest Expense | 98.00 | 1,726.00 |
| Other Expense *(attach schedule)* | | - |
| Net Profit (Loss) Before Reorganization Items | 8,582,302.00 | 7,028,135.00 |

**In re** Durr Mechanical Construction **Case No.** 18-13968

**Debtor** **Reporting Period:** 6/1/2019-6/30/2019

| **REORGANIZATION ITEMS** | | |
|---|---|---|
| Professional Fees | | - |
| U. S. Trustee Quarterly Fees | - | 12,879.00 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | - |
| Gain (Loss) from Sale of Equipment | 29,000.00 | 29,000.00 |
| Other Reorganization Expenses *(attach schedule)* | | - |
| Total Reorganization Expenses | 29,000.00 | 41,879.00 |
| Income Taxes | - | 9,200.00 |
| Net Profit (Loss) | 8,611,302.00 | 7,035,056.00 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| Bank Charges | 335.00 | 1,855.00 |
| Legal and Consulting Expense | 122,150.00 | 167,777.00 |
| Medical Insurance | 11,137.00 | 68,731.00 |
| Suspense | - | (11,123.00) |
| IT Support | 5,054.00 | 20,216.00 |
| Marketing Expense | - | 3,472.00 |
| | | |
| | | |
| | | |
| **Total** | **138,676.00** | **250,928.00** |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**In re** Durr Mechanical Construction **Case No.** 18-13968
**Debtor** **Reporting Period:** 6/1/2019-6/30/2019

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

**In re** Durr Mechanical Construcion | **Case No.** 18-13968
**Debtor** | **Reporting Period:** 6/1/2019-6/30/2019

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| *ASSETS* | *BOOK VALUE AT END OF CURRENT REPORTING MONTH* | *BOOK VALUE AT END OF PRIOR REPORTING MONTH* | *BOOK VALUE ON PETITION DATE OR SCHEDULED* |
|---|---|---|---|
| *CURRENT ASSETS* | **6/30/2019** | **5/31/2019** | **12/6/2018** |
| Unrestricted Cash and Equivalents | 11,287,143.00 | 294,495.00 | 108,061.00 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | - | - | - |
| Accounts Receivable (Net) | 24,142,220.00 | 26,133,616.00 | 28,095,752.00 |
| Cost in Excess of Billings | 4,224,553.00 | 4,213,743.00 | 4,160,148.00 |
| Inventories | - | - | - |
| Prepaid Expenses | 31,812.00 | 31,812.00 | 31,816.00 |
| Marketable Securities | 1,093,981.00 | 1,093,981.00 | 1,093,981.00 |
| Other Current Assets *(attach schedule)* | - | - | - |
| *TOTAL CURRENT ASSETS* | 40,779,709.00 | 31,767,647.00 | 33,489,758.00 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | - | - | - |
| Machinery and Equipment | 1,668,981.00 | 1,668,981.00 | 1,668,981.00 |
| Furniture, Fixtures and Office Equipment | 445,765.00 | 445,765.00 | 445,765.00 |
| Leasehold Improvements | - | - | - |
| Vehicles | 1,330,358.00 | 1,330,358.00 | 1,330,358.00 |
| Less: Accumulated Depreciation | 2,960,055.00 | 2,918,693.00 | 2,678,527.00 |
| *TOTAL PROPERTY & EQUIPMENT* | 485,049.00 | 526,411.00 | 766,577.00 |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | - | - | 69,369.00 |
| Other Assets *(attach schedule)* | 1,119,253.00 | 1,119,253.00 | 1,155,921.00 |
| *TOTAL OTHER ASSETS* | 1,119,253.00 | 1,119,253.00 | 1,225,290.00 |
| *TOTAL ASSETS* | 42,384,011.00 | 33,413,311.00 | 35,481,625.00 |

| ***LIABILITIES AND OWNER EQUITY*** | *BOOK VALUE AT END OF CURRENT REPORTING MONTH* | *BOOK VALUE AT END OF PRIOR REPORTING MONTH* | *BOOK VALUE ON PETITION DATE* |
|---|---|---|---|
| ***LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)*** | **6/30/2019** | **5/31/2019** | **12/6/2018** |
| Accounts Payable ***** | 195,605.00 | 187,455.00 | - |
| Payroll Taxes Payable *(refer to FORM MOR-4)* | 10,502.00 | 9,969.00 | - |
| Wages Payable | - | - | - |
| Notes Payable | | - | - |
| Deferred Rent Payable | - | - | - |
| Secured Debt / Adequate Protection Payments | - | - | - |
| Professional Fees | 762,075.00 | 648,000.00 | - |
| Amounts Due to Insiders* | - | - | - |
| Billings in Excess of Cost | - | - | - |
| DIP Financing - Zurich | 750,000.00 | 500,000.00 | |
| Other Post-petition Liabilities *(attach schedule)* | 136,168.00 | 146,243.00 | - |
| *TOTAL POST-PETITION LIABILITIES* | 1,854,350.00 | 1,491,667.00 | - |
| ***LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)*** | | | |
| Secured Debt- Note Payable Banks | 10,000,000.00 | 10,000,000.00 | 10,000,000.00 |
| Priority Debt | - | - | |
| Unsecured Debt- Accounts Payable | 20,838,042.00 | 20,838,042.00 | 21,613,503.00 |
| Equipment Notes- Secured | 606,483.00 | 609,768.00 | 631,447.00 |
| Loan Payable | 7,646.00 | 7,646.00 | 9,778.00 |
| Union Payable | 31,571.00 | 31,571.00 | 30,847.00 |
| State Tax Payable | 5,849.00 | 5,849.00 | 5,849.00 |
| Accrued Expenses | 1,541,394.00 | 1,541,394.00 | 1,541,394.00 |
| Accrued Workers Compensation & GL | - | - | 3,029,061.00 |
| Credit Card Payable | 10,578.00 | 10,578.00 | 10,578.00 |
| Payroll/Payroll Tax Liabilities | 9,835,453.00 | 9,835,453.00 | 9,890,733.00 |
| Billings in Excess of Cost | - | - | 99,667.00 |
| Deferred Rent Payable | - | - | 44,695.00 |
| Amounts Due to Insiders* | 337,568.00 | 337,568.00 | 400,000.00 |
| Due to Related Parties | 146,000.00 | 146,000.00 | 146,000.00 |
| *TOTAL PRE-PETITION LIABILITIES* | 43,360,584.00 | 43,363,869.00 | 47,453,552.00 |

**In re** Durr Mechanical Construcion **Case No.** **18-13968**
**Debtor** **Reporting Period:** **6/1/2019-6/30/2019**

| | | | |
|---|---|---|---|
| *TOTAL LIABILITIES* | 45,214,934.00 | 44,855,536.00 | 47,453,552.00 |
| ***OWNERS' EQUITY*** | | | |
| Capital Stock | 1,000.00 | 1,000.00 | 1,000.00 |
| Additional Paid-In Capital | 299,000.00 | 299,000.00 | 299,000.00 |
| Partners' Capital Account | 12,931,411.00 | 12,931,411.00 | 12,931,411.00 |
| Owner's Equity Account | - | - | - |
| Retained Earnings ( Deficit) - Pre-Petition | (25,203,338.00) | (25,203,338.00) | (25,203,338.00) |
| Retained Earnings - ( Deficit) Post-petition | (16,062,334.00) | (24,673,636.00) | - |
| Adjustments to Owner Equity *(attach schedule)* | - | - | - |
| Post-petition Contributions *(attach schedule)* | - | - | 0 |
| *NET OWNERS' EQUITY (Deficit)* | (2,830,923.00) | (11,442,225.00) | (11,971,927.00) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 42,384,011.00 | 33,413,311.00 | 35,481,625.00 |
| *"Insider" is defined in 11 U.S.C. Section 101(31). | - | - | - |

**In re** Durr Mechanical Construcion **Case No.** **18-13968**
**Debtor** **Reporting Period:** **6/1/2019-6/30/2019**

** This amount includes Article 3A claimants or other similarly situated parties under applicable law
***** Accounts Payable is shown Gross of Article3A payables

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| Investment in Durr Mechanical Contracting | 15,000.00 | 15,000.00 | 15,000.00 |
| Investment in Durr Megrant JV | (2,746,361.00) | (2,746,361.00) | (2,746,361.00) |
| Due from Durr Megrant JV | 3,850,614.00 | 3,850,614.00 | 3,850,614.00 |
| Security Deposit | - | - | 36,668.00 |
| **Total** | **1,119,253.00** | **1,119,253.00** | **1,155,921.00** |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| Loan Payable | 1,291.00 | 1,291.00 | 1,291.00 |
| Union Payable | 22,566.00 | 32,641.00 | 32,641.00 |
| Accrued Workers Comp/GL | 112,311.00 | 112,311.00 | 4,650.00 |
| **Total** | **136,168.00** | **146,243.00** | **38,582.00** |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

**In re** Durr Mechanical Construction **Case No.** 18-13968
**Debtor** **Reporting Period:** 6/1/2019-6/30/2019

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | | Ending Tax |
|---|---|---|---|---|---|---|---|
| Withholding | | 14,293.00 | 14,293.00 | various | various | | - |
| FICA-Employee | | 6,737.00 | 6,737.00 | various | various | | - |
| FICA-Employer | | 6,737.00 | 6,737.00 | various | various | | - |
| Unemployment | | | | | | | - |
| Income | | | | | | | |
| Other:______________ | | | | | | | |
| Total Federal Taxes | | 27,767.00 | 27,767.00 | | | | - |
| **State and Local** | | | | | | | |
| Withholding | | 3,662.00 | 3,662.00 | various | various | | - |
| Sales | | | | | | | |
| Excise | | | | | | | |
| Unemployment | | - | - | | | | - |
| Real Property | | | | | | | |
| Personal Property | | | | | | | |
| Other:______________ | | | | | | | |
| Total State and Local | | 3,662.00 | 3,662.00 | | | | - |
| | | | | | | | |
| **Total Taxes** | | 31,429.00 | 31,429.00 | | | | - |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | | |
|---|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Retainage | Total |
| Accounts Payable | 8,150.00 | - | | 64,080.00 | 123,375.00 | - | 195,605.00 |
| Wages Payable | | | | | | | - |
| Taxes Payable | | | | | | | - |
| Rent/Leases-Building | | | | | | | - |
| Rent/Leases-Equipment | | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | | - |
| Professional Fees | - | | | | 762,075.00 | | 762,075.00 |
| Amounts Due to Insiders | | | | | | | - |
| Other:_______________ | | | | | | | - |
| Other:_______________ | | | | | | | - |
| **Total Post-petition Debts** | 8,150.00 | - | - | 64,080.00 | 885,450.00 | | 957,680.00 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**
The Debtor intends to pay certain past due post-petition debts from the recoveries obtained in the affirmative actions commenced by the Debtor and more fully set forth in the 1007-1 Declaration of Ken Durr; all post petetion debts are currenlty being reconciled.

I

In re Durr Mechanical Construction
Debtor

Case No. 18-13968
Reporting Period: 6/1/2019-6/30/2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 26,135,582.00 |
| Plus: Amounts billed during the period | - |
| Less: Amounts collected during the period | 1,991,396.00 |
| Less: Adjustments to AR | 1,966.00 |
| Total Accounts Receivable at the end of the reporting period | 24,142,220.00 |

-

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Retainage | Total |
|---|---|---|---|---|---|---|
| 0 - 30 days old | - | | | | | - |
| 31 - 60 days old | 0 | 186,679.00 | 73,450.00 | 22,477,878.00 | 1,404,213.00 | 24,142,220.00 |
| 61 - 90 days old | | | - | | | - |
| 91+ days old | | | | - | - | - |
| Total Accounts Receivable | - | 186,679.00 | 73,450.00 | 22,477,878.00 | 1,404,213.00 | 24,142,220.00 |
| | | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | | | | | | - |
| | | | | | | |
| Net Accounts Receivable | - | 186,679.00 | 73,450.00 | 22,477,878.00 | 1,404,213.00 | 24,142,220.00 |

-

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Retainage | Total |
|---|---|---|---|---|---|---|
| 0 - 30 days old | | | | | | 0 |
| 31 - 60 days old | | | | | | 0 |
| 61 - 90 days old | | | | | | 0 |
| 91+ days old | | | | - | | - |
| Total Taxes Payable | - | - | - | - | | - |
| Total Accounts Payable | 8,150.00 | - | - | 18,375,109.00 | 3,298,388.00 | 21,681,647.00 |

In re Durr Mechanical Construction — Case No. 18-13968
Debtor — Reporting Period: 6/1/2019-6/30/2019

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Kenneth A Durr | Salary | 11,200.00 | 76,154.00 |
| Robert Durr Jr. | Salary | 12,000.00 | 82,722.00 |
| Frank Heidinger | Salary | 12,800.00 | 84,998.00 |
| Paul Thompson | Salary | 11,904.00 | 80,591.00 |
| John Risley | Salary | - | 4,848.00 |
| Zachary Durr | Salary | 4,992.00 | 43,992.00 |
| Kevin Maguire | Salary | 6,680.00 | 48,430.00 |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | 59,576.00 | 421,735.00 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | - | - | - | - | - |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Chrysler Financial | 886.61 | 1,338.00 | - |
| Volvo Car Financial Services | 1,315.63 | 1,316.00 | - |
| Valley National Bank | | - | 5,000,000.00 |
| HSBC Bank | | - | 5,000,000.00 |
| Ford Motor Credit Co., LLC | 243.59 | 244.00 | - |
| Ford Motor Credit Co., LLC | 243.59 | 244.00 | - |
| Ford Motor Credit Co., LLC | 243.59 | 244.00 | - |
| Crestmark | unknown | - | unknown |
| TOTAL PAYMENTS | | 3,386.00 | |

0

*Equipment financed unknown

**In re** Durr Mechanical Construction
**Debtor**

**Case No.** 18-13968
**Reporting Period:** 6/1/2019-6/30/2019

# DEBTOR QUESTIONNAIRE

| | **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | **Yes** | **No** |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | x | |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | **x** |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 | Are any post petition payroll taxes past due? | | x |
| 9 | Are any post petition State or Federal income taxes past due? | | x |
| 10 | Are any post petition real estate taxes past due? | | x |
| 11 | Are any other post petition taxes past due? | | **x** |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | x |
| 13 | Are any amounts owed to post petition creditors delinquent? | | x |
| 14 | Are any wage payments past due? | | x |
| 15 | Have any post petition loans been been received by the Debtor from any party? | x | |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | x |



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

MDG2019 00132960 01

DURR MECHANICAL CONSTRUCTION INC
DURR MECHANICAL CONSTRUCTION INC
DEBTOR-IN- POSSESSION
2395 ROUTE 715
TANNERSVILLE PA 18360

## HSBC CORP ANALYZED

ACCOUNT NUMBE[redacted]

STATEMENT PERIOD 06/01/19 TO 06/28/19

*DURR MECHANICAL CONSTRUCTION INC*
*DURR MECHANICAL CONSTRUCTION INC*
*DEBTOR-IN- POSSESSION*

| | |
|---|---|
| BEGINNING BALANCE | $311,798.22 |
| DEPOSITS & OTHER ADDITIONS | $282,202.09 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $198,799.47 |
| ENDING BALANCE | $395,200.84 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 06/01/19 | OPENING BALANCE | | | $311,798.22 |
| 06/03/19 | CASH DISBURSEMENT NYS DTF PROMP WT-TAX PAYMNT NYS DTF P Tax Paymnt 000000044733504 | | 374.21 | $311,424.01 |
| | CASH DISBURSEMENT IRS-USATAXPYMT IRS USATAXPYMT 27095547[illegible]677623 | | 7,045.48 | $304,378.53 |
| | Check #6901 | | 18,000.00 | $286,378.53 |
| | Check #6900 | | 10,000.00 | $276,378.53 |
| | Check #6897 | | 16,379.78 | $259,998.75 |
| 06/04/19 | CASH DISBURSEMENT COMMWLTHOFPA INT-PAEMPLOYTX COMMWLTHO PAEMPLOYTX 133320345 | | 563.77 | $259,434.98 |
| | TRANSFER TO CHECKING ACCOUNT ENDING IN 8258 | | 31,000.00 | $228,434.98 |
| | DEPOSIT | 727.77 | | $229,162.75 |
| 06/05/19 | Check #6910 | | 18,000.00 | $211,162.75 |
| 06/07/19 | CASH DISBURSEMENT COMMWLTHOFPA INT-PAEMPLOYTX COMMWLTHO PAEMPLOYTX 133320345 | | 563.77 | $210,598.98 |
| | CASH DISBURSEMENT IRS-USATAXPYMT IRS USATAXPYMT 270955894103790 | | 7,045.58 | $203,553.40 |
| | CASH DISBURSEMENT NYS DTF PROMP WT-TAX PAYMNT NYS DTF P Tax Paymnt 000000044816354 | | 374.21 | $203,179.19 |
| | Check #6905 | | 13,627.81 | $189,551.38 |
| | Check #6909 | | 979.39 | $188,571.99 |

*CONTINUED ON NEXT PAGE*

000000 01 03 132960 147401 P

*Please examine your statement at once.* *If you change your address, please notify us of your new address.*

*CONTINUED FROM PREVIOUS PAGE*

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| | Check #6902 | | 940.54 | $187,631.45 |
| 06/10/19 | DEPOSIT | 2,474.32 | | $190,105.77 |
| | Check #6908 | | 1,337.61 | $188,768.16 |
| | Check #6906 | | 730.77 | $188,037.39 |
| | Check #6904 | | 5,053.98 | $182,983.41 |
| 06/11/19 | Check #6898 | | 77.94 | $182,905.47 |
| | Check #6903 | | 214.07 | $182,691.40 |
| | Check #6907 | | 1,315.63 | $181,375.77 |
| 06/13/19 | DEPOSIT | 250,000.00 | | $431,375.77 |
| 06/17/19 | Bank Charges for the per 01MAY2019 TO 31MAY2019 Invoice No 766740 | | 335.20 | $431,040.57 |
| | CASH DISBURSEMENT IRS-USATAXPYMT IRS USATAXPYMT 270956892305624 | | 7,045.50 | $423,995.07 |
| 06/18/19 | CASH DISBURSEMENT NYS DTF PROMP WT-TAX PAYMNT NYS DTF P Tax Paymnt 000000045181997 | | 374.21 | $423,620.86 |
| | CASH DISBURSEMENT COMMWLTHOFPA INT-PAEMPLOYTX COMMWLTHO PAEMPLOYTX 133320345 | | 563.77 | $423,057.09 |
| | Check #6899 | | 207.19 | $422,849.90 |
| | TRANSFER TO CHECKING ACCOUNT ENDING IN 8258 | | 31,000.00 | $391,849.90 |
| 06/24/19 | Check #6911 | | 423.16 | $391,426.74 |
| | CASH DISBURSEMENT IRS-USATAXPYMT IRS USATAXPYMT 270957571697633 | | 7,045.54 | $384,381.20 |
| 06/25/19 | CASH DISBURSEMENT COMMWLTHOFPA INT-PAEMPLOYTX COMMWLTHO PAEMPLOYTX 133320345 | | 563.77 | $383,817.43 |
| | CASH DISBURSEMENT NYS DTF PROMP WT-TAX PAYMNT NYS DTF P Tax Paymnt 000000045518628 | | 374.21 | $383,443.22 |
| 06/27/19 | Check #6914 | | 47.70 | $383,395.52 |
| 06/28/19 | Check #6916 | | 16,379.87 | $367,015.65 |
| | Check #6915 | | 411.21 | $366,604.44 |
| | DEPOSIT | 29,000.00 | | $395,604.44 |
| | Check #6912 | | 403.60 | $395,200.84 |
| 06/28/19 | ENDING BALANCE | | | $395,200.84 |

*All deposited items are credited subject to final payment.*

ITEMS PAID ON THIS STATEMENT

| | | | |
|---|---|---|---|
| #0 ......... 31,000.00 | #0 ......... 31,000.00 | #6897 ......... 16,379.78 | #6898 ......... 77.94 |
| #6899 ......... 207.19 | #6900 ......... 10,000.00 | #6901 ......... 18,000.00 | #6902 ......... 940.54 |
| #6903 ......... 214.07 | #6904 ......... 5,053.98 | #6905 ......... 13,627.81 | #6906 ......... 730.77 |
| #6907 ......... 1,315.63 | #6908 ......... 1,337.61 | #6909 ......... 979.39 | #6910 ......... 18,000.00 |
| #6911 ......... 423.16 | #6912 ......... 403.60 | #6914 ......... 47.70 | #6915 ......... 411.21 |
| #6916 ......... 16,379.87 | | | |

CHECK IMAGE ACTIVITY

HSBC

We're sorry, we are unable to provide an image copy of this item. Please note that this does not affect your account in any way.

Issued by HSBC Bank USA © HSBC Bank USA 2007 02 218

Check: Date: 6/4/19 Paid: 31,000.00

HSBC

We're sorry, we are unable to provide an image copy of this item. Please note that this does not affect your account in any way.

Issued by HSBC Bank USA © HSBC Bank USA 2007 02 218

Back of check

HSBC

We're sorry, we are unable to provide an image copy of this item. Please note that this does not affect your account in any way.

Issued by HSBC Bank USA © HSBC Bank USA 2007 02 218

Check: Date: 6/18/19 Paid: 31,000.00

*CONTINUED ON NEXT PAGE*

CONTINUED FROM PREVIOUS PAGE

HSBC

We're sorry, we are unable to provide an image copy of this item. Please note that this does not affect your account in any way.

Issued by HSBC Bank USA © HSBC Bank USA 2002 02 218

Back of check

DURR MECHANICAL CONSTRUCTION INC Debtor in Possession Case No. 18-13968 6897
PER ENV
DATE May 28, 2019
PAY TO THE ORDER OF IPFS Corporation $ 16379.78
Sixteen thousand three hundred seventy-nine and 78/100 DOLLARS
HSBC

Check: 6897 Date: 6/3/19 Paid: 16,379.78

Back of check 6897

DURR MECHANICAL CONSTRUCTION INC Debtor in Possession Case No. 18-13968 6898
DATE May 31, 2019
PAY TO THE ORDER OF Kevin Maguire $ 77.94
Seventy-seven and 94/100 DOLLARS
HSBC

Check: 6898 Date: 6/11/19 Paid: 77.94

Back of check 6898

DURR MECHANICAL CONSTRUCTION INC Debtor in Possession Case No. 18-13968 6899
DATE May 31, 2019
PAY TO THE ORDER OF Adrian Mejia-Deras $ 207.19
Two hundred seven and 19/100 DOLLARS
HSBC

Check: 6899 Date: 6/18/19 Paid: 207.19

Back of check 6899

DURR MECHANICAL CONSTRUCTION INC Debtor in Possession Case No. 18-13968 6900
DATE May 31, 2019
PAY TO THE ORDER OF Ehrich Consulting Group LLC $ 10,000.00
TEN thousand and 00/100 DOLLARS
HSBC

Check: 6900 Date: 6/3/19 Paid: 10,000.00

Back of check 6900

DURR MECHANICAL CONSTRUCTION INC Debtor in Possession Case No. 18-13968 6901
DATE May 31, 2019
PAY TO THE ORDER OF DMC Properties-PA LLC $ 18,000.00
Eighteen thousand and 00/100 DOLLARS
HSBC

Check: 6901 Date: 6/3/19 Paid: 18,000.00

Back of check 6901

DURR MECHANICAL CONSTRUCTION INC Debtor in Possession Case No. 18-13968 6902
DATE June 4, 2019
PAY TO THE ORDER OF Verizon $ 940.54
Nine hundred forty and 54/100 DOLLARS
HSBC

Check: 6902 Date: 6/7/19 Paid: 940.54

Back of check 6902

DURR MECHANICAL CONSTRUCTION INC Debtor in Possession Case No. 18-13968 6903
DATE June
PAY TO THE ORDER OF Vector Security $ 214.07
Two hundred fourteen and 07/100 DOLLARS
HSBC
FOR 6/1-6/30 #63845931

Check: 6903 Date: 6/11/19 Paid: 214.07

Back of check 6903

DURR MECHANICAL CONSTRUCTION INC Debtor in Possession Case No. 18-13968 6904
DATE June 4, 2019
PAY TO THE ORDER OF Ergos Technology Partners $ 5053.98
Five thousand fifty-three and 98/100 DOLLARS
HSBC

Check: 6904 Date: 6/10/19 Paid: 5,053.98

Back of check 6904

DURR MECHANICAL CONSTRUCTION INC Debtor in Possession Case No. 18-13968 6905
DATE June 4, 2019
PAY TO THE ORDER OF Oxford Health Plans $ 13627.81
Thirteen thousand six hundred twenty-seven and 81/100 DOLLARS
HSBC

Check: 6905 Date: 6/7/19 Paid: 13,627.81

CONTINUED ON NEXT PAGE



CONTINUED FROM PREVIOUS PAGE

Back of check 6905

Check: 6906 Date: 6/10/19 Paid: 730.77

Back of check 6906

Check: 6907 Date: 6/11/19 Paid: 1,315.63

Back of check 6907

Check: 6908 Date: 6/10/19 Paid: 1,337.61

Back of check 6908

Check: 6909 Date: 6/7/19 Paid: 979.39

Back of check 6909

Check: 6910 Date: 6/5/19 Paid: 18,000.00

Back of check 6910

Check: 6911 Date: 6/24/19 Paid: 423.16

Back of check 6911

Check: 6912 Date: 6/28/19 Paid: 403.60

Back of check 6912

Check: 6914 Date: 6/27/19 Paid: 47.70

Back of check 6914

Check: 6915 Date: 6/28/19 Paid: 411.21

CONTINUED ON NEXT PAGE





CONTINUED FROM PREVIOUS PAGE

06/27/2019 20000494 0030002
034646102
For Deposit Only to Blue Ridge Comm Account #110221

Back of check 6915

DURR MECHANICAL CONSTRUCTION INC Debtor in Possession Case No. 18-13968 6916

Date June 25, 2019

Pay to the order of IPFS of New York, LLC $ 16,379.87

HSBC

Check: 6916 Date: 6/28/19 Paid: 16,379.87

Back of check 6916

For Consumer Accounts Only:
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN -- USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2019 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.

EQUAL HOUSING
LENDER

000000 03 03 132960 147403 P



 P.O. Box 1393
Buffalo, NY 14240-1393

MDG2019 00150204 01

DURR MECHANICAL CONSTRUCTION INC
2395 ROUTE 715
TANNERSVILLE PA 18360

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

* *

## HSBC CORP ANALYZED

ACCOUNT NUMBER [redacted]

STATEMENT PERIOD 06/14/19 TO 06/28/19

*DURR MECHANICAL CONSTRUCTION INC*

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & OTHER ADDITIONS | $10,902,434.21 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| ENDING BALANCE | $10,902,434.21 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 06/14/19 | OPENING BALANCE | | | $0.00 |
| 06/18/19 | 0618909868006682 169496390 ENEXIO US LLC 53RECD FED FEDSEQ:B1Q8983R001228 DEUTSCHE BANK TRUST CO AMERICAS | 10,902,434.21 | | $10,902,434.21 |
| 06/28/19 | ENDING BALANCE | | | $10,902,434.21 |

*All deposited items are credited subject to final payment.*

000000 01 01 150204 16723 0 P

*Please examine your statement at once.* *If you change your address, please notify us of your new address.*

HSBC Bank USA, N.A. (Rev. 6/2018) nMy



For Consumer Accounts Only:

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN -- USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number (if any).
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2019 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.





P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

MDG2019 00133342 01



DURR MECHANICAL CONSTRUCTION INC
DURR MECHANICAL CONSTRUCTION INC
DEBTOR-IN- POSSESSION
2395 ROUTE 715
TANNERSVILLE    PA  18360



— HSBC CORP ANALYZED

ACCOUNT NUMB███████

STATEMENT PERIOD   06/01/19 TO 06/28/19

*DURR MECHANICAL CONSTRUCTION INC*
*DURR MECHANICAL CONSTRUCTION INC*
*DEBTOR-IN- POSSESSION*

| | |
|---|---|
| BEGINNING BALANCE | $2,554.35 |
| DEPOSITS & OTHER ADDITIONS | $62,000.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $63,326.20 |
| ENDING BALANCE | $1,228.15 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 06/01/19 | OPENING BALANCE | | | $2,554.35 |
| 06/04/19 | TRANSFER FROM CHECKING ACCOUNT ENDING IN 2244 | 31,000.00 | | $33,554.35 |
| | ACH CHARGE FOR GENERATED OFFSET - DURR MECHANICAL DURR MECH PAYMENT -SETT-DURR MECH | | 16,041.07 | $17,513.28 |
| 06/11/19 | ACH CHARGE FOR GENERATED OFFSET - DURR MECHANICAL DURR MECH PAYMENT -SETT-DURR MECH 609718258 0001604111162000872190320190611 ACH HLD | | 16,041.11 | $1,472.17 |
| 06/18/19 | TRANSFER FROM CHECKING ACCOUNT ENDING IN 2244 | 31,000.00 | | $32,472.17 |
| | ACH CHARGE FOR GENERATED OFFSET - DURR MECHANICAL DURR MECH PAYMENT -SETT-DURR MECH 609718258 0001604109169004184970201906118 ACH HLD | | 16,041.09 | $16,431.08 |
| 06/25/19 | ACH CHARGE FOR GENERATED OFFSET - DURR MECHANICAL DURR MECH PAYMENT -SETT-DURR MECH 609718258 0001520293176007347579201906125 ACH HLD | | 15,202.93 | $1,228.15 |
| 06/28/19 | ENDING BALANCE | | | $1,228.15 |

*All deposited items are credited subject to final payment.*



*Please examine your statement at once.*       *If you change your address, please notify us of your new address.*

For Consumer Accounts Only:
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers
c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR
WRITE TO US AS SOON AS YOU CAN -- USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number (if any).
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need
    more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for
the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2019 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.





P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

MDG2019 00133343 01

DURR MECHANICAL CONSTRUCTION INC
DURR MECHANICAL CONSTRUCTION INC
DEBTOR-IN- POSSESSION
2395 ROUTE 715
TANNERSVILLE PA 18360

* *

## HSBC CORP ANALYZED

STATEMENT PERIOD 06/01/19 TO 06/28/19

*DURR MECHANICAL CONSTRUCTION INC*
*DURR MECHANICAL CONSTRUCTION INC*
*DEBTOR-IN- POSSESSION*

| | |
|---|---|
| BEGINNING BALANCE | $295.58 |
| DEPOSITS & OTHER ADDITIONS | $0.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $0.00 |
| ENDING BALANCE | $295.58 |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 06/01/19 | OPENING BALANCE | | | $295.58 |
| 06/28/19 | ENDING BALANCE | | | $295.58 |

*All deposited items are credited subject to final payment.*

000000 01 01 133343 147R08 P

*Please examine your statement at once.* *If you change your address, please notify us of your new address.*

HSBC Bank USA, N.A. (Rev. 6/2018) nMy

For Consumer Accounts Only:
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers
c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR
WRITE TO US AS SOON AS YOU CAN -- USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number (if any).
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need
more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for
the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2019 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.



EQUAL HOUSING
LENDER