UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:	Chapter 11

DURR MECHANICAL CONSTRUCTION, INC.	Case No. 18-13968

                       Debtor.
-------------------------------------------------------------X

**ORDER, PURSUANT TO 11 U.S.C. § 1121(d), EXTENDING THE CHAPTER 11
DEBTOR'S EXCLUSIVE PERIODS WITHIN WHICH TO FILE A PLAN AND
SOLICIT ACCEPTANCES OF SUCH PLAN**

UPON the notice of hearing and motion (the "Motion") of Durr Mechanical Construction, Inc., the debtor and debtor in possession (the "Debtor"), by its counsel, LaMonica Herbst & Maniscalco, LLP, for entry of an Order, pursuant to section 1121(d) of Title 11 of the United States Code (the "Bankruptcy Code"), extending the exclusive time periods during which the Debtor may file a Chapter 11 plan (the "Plan") and solicit acceptances thereto (the "Exclusive Periods"), and granting such other, further and different relief as this Court deems just and proper; and upon the Affidavit of Service, which was filed with the Court; and no opposition to the relief sought in the Motion having been filed or received; and upon the Certificate of No Objection filed on July 22, 2019 with respect to the matter scheduled to be heard before this Court on July 25, 2019 (the "Hearing"), the record of which is incorporated herein by reference; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate and its creditors; and after due deliberation thereon, and for the reasons stated by the Court at the Hearing, it is hereby

**ORDERED,** that the Motion to extend the Debtor's Exclusive Periods is granted as set forth herein; and it is further

**ORDERED**, that pursuant to Bankruptcy Code § 1121(d), the exclusive period within which the Debtor may file a Plan be, and it hereby is, extended through and including August 12, 2019; and it is further

**ORDERED,** that pursuant to Bankruptcy Code § 1121(d), the exclusive period within which the Debtor may solicit acceptances to a proposed Plan be, and it hereby is, extended through and including October 11, 2019; and it is further

**ORDERED**, that this Order shall be without prejudice to the right of the Debtor to seek a further extension of the Exclusive Periods.

Dated: July **22nd**, 2019
      New York, New York

                                    **/s/ STUART M. BERNSTEIN**
                                    HONORABLE STUART M. BERNSTEIN
                                    UNITED STATES BANKRUPTCY JUDGE