**In re** Durr Mechanical Construction

**Debtor**

**Case No.** 18-13968

**Reporting Period:** 9/1/2019-9/30/2019

**Federal Tax I.D. #** 13-3320345

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|     Copies of bank statements | | X | |
|     Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
|     Copies of IRS Form 6123 or payment receipt | | | |
|     Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
|     Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date _____

_____
Signature of Authorized Individual* s/ Kenneth Durr

Date: 10/18/19

_____
Printed Name of Authorized Individual: Kenneth Durr

Date: 10/18/19

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | | | | BANK ACCOUNTS | |
| ACCOUNT NUMBER (LAST 4) | OPERATING HSBC 2244 | PAYROLL HSBC 8258 | Chubb Account HSBC 8266 | Enexio Award Account HSBC 1811 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|
| **8/30/2019** | 8,708.00 | (1,390.00) | 305,213.00 | 6,669,727.00 | 6,982,258.00 |
| **RECEIPTS** | | | | | |
| CASH SALES | | | | | - |
| ACCOUNTS RECEIVABLE - PREPETITION | 21,533.00 | | 0 | - | 21,533.00 |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | | | | - |
| DIP FINANCING | - | | | | - |
| SALE OF ASSETS | - | | - | | - |
| OTHER *(ATTACH LIST)* CORBA REIMBURSEMENT* and Overpayment of PA Witholding tax | 5,170.00 | | | | 5,170.00 |
| TRANSFERS *(FROM DIP ACCTS)* | 747,150.00 | 64,000.00 | - | - | 811,150.00 |
| **TOTAL RECEIPTS** | 773,853.00 | 64,000.00 | - | - | 837,853.00 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | 61,667.00 | 3,009.00 | 46,766.00 | 111,442.00 |
| PAYROLL TAXES | 48,908.00 | - | - | - | 48,908.00 |
| SALES, USE, & OTHER TAXES | - | | - | - | - |
| INVENTORY PURCHASES | | | | | - |
| SECURED/ RENTAL/ LEASES | 3,384.00 | | | 4,012,585.00 | 4,015,969.00 |
| INSURANCE | 13,628.00 | | | | 13,628.00 |
| ADMINISTRATIVE | 37,036.00 | | | - | 37,036.00 |
| SELLING | | | | | - |
| OTHER *Article 3A Payables**  | - | | 26,205.00 | 170,444.00 | 196,649.00 |
| OWNER DRAW * | | | | | - |
| TRANSFERS *(TO DIP ACCTS)* | 64,000.00 | | - | 747,150.00 | 811,150.00 |
| PROFESSIONAL FEES | | | | | - |
| U.S. TRUSTEE QUARTERLY FEES | | | | | - |
| COURT COSTS | | | | | - |
| **TOTAL DISBURSEMENTS** | 166,956.00 | 61,667.00 | 29,214.00 | 4,976,945.00 | 5,234,782.00 |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | 606,897.00 | 2,333.00 | (29,214.00) | (4,976,945.00) | (4,396,929.00) |
| CASH – END OF MONTH | 615,605.00 | 943.00 | 275,999.00 | 1,692,782.00 | 2,585,329.00 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 5,234,782.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 811,150.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 4,423,632.00 |

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating HSBC #2244 | HSBC Payroll #8258 | Chubb HSBC #8266 | Enexio HSBC #1811 |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 615,605.00 | 943.00 | 275,999.00 | 1,692,782.00 |
| BANK BALANCE | 615,973.00 | 3,638.00 | 306,602.00 | 1,701,050.00 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | 414.92 | - | 23,934.00 | 8,268.00 |
| OTHER *(ATTACH EXPLANATION)* | 47.00 | (2,695.00) | (6,669.00) | - |
| **ADJUSTED BANK BALANCE \*** | 615,605.08 | 943.00 | 275,999.00 | 1,692,782.00 |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # |
| Cityscan Corp. | 114 | 1,800.00 | |
| Local 580 Benefits | 617347 | 870.38 | |
| Local 580 Benefits | 617348 | 3,017.04 | |
| Local 580 Benefits | 617349 | 2,784.96 | |
| Local 580 Benefits | 110 | 705.81 | |
| Local 580 Benefits | 112 | 659.85 | |
| A. Esteban & Company | 120 | 14,096.58 | |
| Blue Ridge Communications | 6979 | 414.92 | |
| Modular Space Corporation | 10112 | 8,268.71 | |
| | | | |
| | | | |

32,618.25

**OTHER**

$47 manual adjustments

$2,695 manual adjustments

$6,669 manual adjustments

**STATEMENT OF OPERATIONS** (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | - | 791,170.00 |
| Less: Returns and Allowances | - | 554,386.00 |
| Net Revenue | - | 236,784.00 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Materials and Subcontractors | 8,358.00 | 246,729.00 |
| Add: Cost of Labor | 80,020.00 | 382,261.00 |
| Add: Insurance | 7,818.00 | 147,205.00 |
| Less: Ending Inventory | - | - |
| Cost of Goods Sold | 96,196.00 | 776,195.00 |
| Gross Profit ( Loss) | (96,196.00) | (539,411.00) |
| **OPERATING EXPENSES** | | |
| Advertising | | - |
| Auto and Truck Expense | | - |
| Bad Debts | | - |
| Contributions | | - |
| Employee Benefits Programs | | - |
| Officer/Insider Compensation* | 104,447.00 | 685,974.00 |
| Insurance | - | 169,110.00 |
| Management Fees/Bonuses | | - |
| Office Expense | 7.00 | 46,772.00 |
| Pension & Profit-Sharing Plans | - | - |
| Repairs and Maintenance | | 8,558.00 |
| Rent and Lease Expense | 18,000.00 | 166,841.00 |
| Salaries/Commissions/Fees | - | 103,699.00 |
| Supplies | | - |
| Taxes - Payroll | 4,194.00 | 100,091.00 |
| Taxes - Real Estate | - | - |
| Taxes -Corporate Income Tax | | 8,240.00 |
| Travel and Entertainment | 1,415.00 | 21,026.00 |
| Utilities | 1,529.00 | 22,701.00 |
| Other *(attach schedule)* | 166,130.00 | 4,937,513.00 |
| Total Operating Expenses Before Depreciation | 295,722.00 | 5,610,702.00 |
| Depreciation/Depletion/Amortization | 41,362.00 | 405,615.00 |
| Net Profit (Loss) Before Other Income & Expenses | (433,280.00) | (6,555,728.00) |
| **OTHER INCOME AND EXPENSES** | | |
| Enesio Arbitration Award Income | | 8,911,038.00 |
| Interest Expense | 17,111.00 | 18,934.00 |
| Other Expense *(attach schedule)* | | - |
| Net Profit (Loss) Before Reorganization Items | (450,391.00) | 2,336,376.00 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | - |
| U. S. Trustee Quarterly Fees | - | 17,754.00 |
| Interest Earned on Accumulated Cash from Chapter 11*(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | - | 29,000.00 |
| Other Reorganization Expenses*(attach schedule)* | - | - |
| Total Reorganization Expenses | - | 46,754.00 |
| Income Taxes | | 9,200.00 |
| Net Profit (Loss) | (450,391.00) | 2,338,422.00 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| Bank Charges | | 1,930.00 |
| Legal and Consulting Expense * | 151,962.00 | 1,226,336.00 |
| Medical Insurance | 13,303.00 | 108,700.00 |
| Suspense | (4,189.00) | (15,312.00) |
| IT Support | 5,054.00 | 30,324.00 |
| Marketing Expense | - | 3,472.00 |
| Special Counsel Fees ** | - | 3,582,063.00 |
| | | |
| Total | 166,130.00 | 4,937,513.00 |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.
*A portion of fees was paid pursuant to order entered 7/24/19
**Fees paid pursuant to order entered 7/24/19

In re **Durr Mechanical Construction**     **Case No.**    **18-13968**
    **Debtor**     **Reporting Period:**    **9/1/2019-9/30/2019**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| CURRENT ASSETS | 9/30/2019 | 8/30/2019 | 12/6/2018 |
| Unrestricted Cash and Equivalents | 2,585,329.00 | 6,982,258.00 | 108,061.00 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | - | - | - |
| Accounts Receivable (Net) | 23,584,739.00 | 23,400,099.00 | 28,095,752.00 |
| Cost in Excess of Billings | 4,289,978.00 | 4,289,978.00 | 4,160,148.00 |
| Inventories | - | - | - |
| Prepaid Expenses | 31,812.00 | 31,812.00 | 31,816.00 |
| Marketable Securities | 548,093.00 | 548,093.00 | 1,093,981.00 |
| Other Current Assets *(attach schedule)* | - | - | - |
| TOTAL CURRENT ASSETS | 31,039,951.00 | 35,252,240.00 | 33,489,758.00 |
| PROPERTY & EQUIPMENT | | | |
| Real Property and Improvements | - | - | - |
| Machinery and Equipment | 1,668,981.00 | 1,668,981.00 | 1,668,981.00 |
| Furniture, Fixtures and Office Equipment | 445,765.00 | 445,765.00 | 445,765.00 |
| Leasehold Improvements | - | - | - |
| Vehicles | 1,330,358.00 | 1,330,358.00 | 1,330,358.00 |
| Less: Accumulated Depreciation | 3,084,141.00 | 3,042,779.00 | 2,678,527.00 |
| TOTAL PROPERTY & EQUIPMENT | 360,963.00 | 402,325.00 | 766,577.00 |
| OTHER ASSETS | | | |
| Amounts due from Insiders* | | | 69,369.00 |
| Other Assets *(attach schedule)* | 15,000.00 | 15,000.00 | 1,155,921.00 |
| TOTAL OTHER ASSETS | 15,000.00 | 15,000.00 | 1,225,290.00 |
| TOTAL ASSETS | 31,415,914.00 | 35,669,565.00 | 35,481,625.00 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE *(Postpetition)* | 9/30/2019 | 8/30/2019 | 12/6/2018 |
| Accounts Payable ***** | 584,029.00 | 477,029.00 | - |
| Payroll Taxes Payable *(refer to FORM MOR-4)* | | 10,603.00 | - |
| Wages Payable | - | | - |
| Notes Payable | | | - |
| Deferred Rent Payable | - | - | - |
| Secured Debt / Adequate Protection Payments | - | - | - |
| Professional Fees | - | - | - |
| Amounts Due to Insiders* | - | - | - |
| Billings in Excess of Cost | - | - | - |
| DIP Financing - Zurich | 250,000.00 | 750,000.00 | |
| Other Post-petition Liabilities *(attach schedule)* | 132,994.00 | 137,038.00 | - |
| TOTAL POST-PETITION LIABILITIES | 967,023.00 | 1,374,670.00 | - |
| LIABILITIES SUBJECT TO COMPROMISE *(Pre-Petition)* | | | |
| Secured Debt- Note Payable Banks | 7,600,000.00 | 10,000,000.00 | 10,000,000.00 |
| Priority Debt | | | |
| Unsecured Debt- Accounts Payable | 18,641,320.00 | 19,960,785.00 | 21,613,503.00 |
| Equipment Notes- Secured | 596,184.00 | 599,470.00 | 631,447.00 |
| Loan Payable | 7,646.00 | 7,646.00 | 9,778.00 |
| Union Payable | 31,571.00 | 31,571.00 | 30,847.00 |
| State Tax Payable | 5,849.00 | 5,849.00 | 5,849.00 |
| Accrued Expenses | 1,541,394.00 | 1,541,394.00 | 1,541,394.00 |
| Accrued Workers Compensation & GL | | | 3,029,061.00 |
| Credit Card Payable | 10,578.00 | 10,578.00 | 10,578.00 |
| Payroll Payroll Tax Liabilities | 9,835,453.00 | 9,835,453.00 | 9,890,733.00 |
| Billings in Excess of Cost | - | - | 99,667.00 |
| Deferred Rent Payable | | | 44,695.00 |
| Amounts Due to Insiders* | 337,568.00 | 337,568.00 | 400,000.00 |
| Due to Related Parties | 146,000.00 | 146,000.00 | 146,000.00 |
| TOTAL PRE-PETITION LIABILITIES | 38,753,563.00 | 42,476,314.00 | 47,453,552.00 |
| TOTAL LIABILITIES | 39,720,586.00 | 43,850,984.00 | 47,453,552.00 |
| OWNERS' EQUITY | | | |
| Capital Stock | 1,000.00 | 1,000.00 | 1,000.00 |
| Additional Paid-In Capital | 299,000.00 | 299,000.00 | 299,000.00 |
| Partners' Capital Account | 12,931,411.00 | 12,931,411.00 | 12,931,411.00 |
| Owner's Equity Account | - | - | - |
| Retained Earnings - ( Deficit) - Pre-Petition | (25,203,338.00) | (25,203,338.00) | (25,203,338.00) |
| Retained Earnings - ( Deficit) Post-petition | (20,758,968.00) | (20,308,577.00) | |
| Adjustments to Owner Equity *(attach schedule)* | (777,115.00) | (1,104,253.00) | - |
| Post-petition Contributions *(attach schedule)* | - | - | 0 |
| NET OWNERS' EQUITY (Deficit) | (8,304,672.00) | (8,181,419.00) | (11,971,927.00) |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 31,415,914.00 | 35,669,565.00 | 35,481,625.00 |

*"Insider" is defined in 11 U.S.C. Section 101(31).
** This amount includes Article 3A claimants or other similarly situated parties under applicable law
***** Accounts Payable is shown Gross of Article3A payables

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| Investment in Durr Mechanical Contracting | 15,000.00 | 15,000.00 | 15,000.00 |
| Investment in Durr Megrant IV | - | - | (2,746,361.00) |
| Due from Durr Megrant IV | - | - | 3,850,614.00 |
| Security Deposit | - | - | 36,668.00 |
| **Total** | **15,000.00** | **15,000.00** | **1,155,921.00** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| Loan Payable | 1,291.00 | 1,291.00 | 1,291.00 |
| Union Payable | 19,392.00 | 23,436.00 | 32,641.00 |
| Accrued Workers Comp/GL | 112,311.00 | 112,311.00 | 4,650.00 |
| **Total** | **132,994.00** | **137,038.00** | **38,582.00** |

| Adjustments to Owner's Equity | | | |
|---|---|---|---|
| Write off of Investment in Durr Megrant IV | 2,746,361.00 | 2,746,361.00 | |
| Write off of Due from Durr Megrant IV | (3,850,614.00) | (3,850,614.00) | |
| Adjustment to Accounts Receivable 2018 | 206,173.00 | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | | Ending Tax |
|---|---|---|---|---|---|---|---|
| Withholding | | 23,147.18 | 23,147.18 | various | various | | - |
| FICA-Employee | | 9,690.02 | 9,690.02 | various | various | | - |
| FICA-Employer | | 9,690.02 | 9,690.02 | various | various | | - |
| Unemployment | | 892.00 | 892.00 | | | | - |
| Income | | | | | | | |
| Other:_____ | | | | | | | |
| Total Federal Taxes | | 43,419.22 | 43,419.22 | | | | - |
| **State and Local** | | | | | | | |
| Withholding | | 5,489.34 | 5,489.34 | various | various | | |
| Sales | | | | | | | |
| Excise | | | | | | | |
| Unemployment | | - | - | | | | - |
| Real Property | | | | | | | |
| Personal Property | | | | | | | |
| Other:_____ | | | | | | | |
| Total State and Local | | 5,489.34 | 5,489.34 | | | | - |
| | | | | | | | |
| **Total Taxes** | | 48,908.56 | 48,908.56 | | | | - |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Retainage | Total |
| Accounts Payable | - | - | 171,424.00 | 8,150.00 | 187,455.00 | - | 367,029.00 |
| Wages Payable | | | | | | | - |
| Taxes Payable | | | | | | | - |
| Rent/Leases-Building | | | | | | | - |
| Rent/Leases-Equipment | | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | | - |
| Professional Fees | 107,000.00 | 110,000.00 | | | - | | 217,000.00 |
| Amounts Due to Insiders | | | | | | | - |
| Other:_____ | | | | | | | - |
| Other:_____ | | | | | | | - |
| **Total Post-petition Debts** | 107,000.00 | 110,000.00 | 171,424.00 | 8,150.00 | 187,455.00 | | 584,029.00 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**                        -

The Debtor intends to pay certain past due post-petition debts from the recoveries obtained in the affirmative actions commenced by the Debtor and more fully set forth in the 1007-1 Declaration of Ken Durr; all post petetion debts are currenlty being reconciled.

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 23,400,099.00 |
| Plus:  Amounts billed during the period | - |
| Less:  Amounts collected during the period | 21,533.00 |
| Less: Adjustments to AR from prior period | (206,173.00) |
| Total Accounts Receivable at the end of the reporting period | 23,584,739.00 |

-

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Retainage | Total |
|---|---|---|---|---|---|---|
| 0 - 30 days old | - | | | | | - |
| 31 - 60 days old | 0 | 128,129.00 | - | 22,052,397.00 | 1,404,213.00 | 23,584,739.00 |
| 61 - 90 days old | | | - | | | |
| 91+ days old | | | | - | - | - |
| Total Accounts Receivable | - | 128,129.00 | - | 22,052,397.00 | 1,404,213.00 | 23,584,739.00 |
| | | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | | | | | | - |
| | | | | | | |
| Net Accounts Receivable | - | 128,129.00 | - | 22,052,397.00 | 1,404,213.00 | 23,584,739.00 |

-

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Retainage | Total |
|---|---|---|---|---|---|---|
| 0 - 30 days old | | | | | | 0 |
| 31 - 60 days old | | | | | | 0 |
| 61 - 90 days old | | | | | | 0 |
| 91+ days old | | | | - | | - |
| Total Taxes Payable | - | - | - | - | | - |
| Total Accounts Payable | 107,000.00 | 282,000.00 | 1,191,011.00 | 14,346,950.00 | 3,298,388.00 | 19,225,349.00 |

-

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Kenneth A Durr | Salary | 11,200.00 | 112,554.00 |
| Robert Durr Jr. | Salary | 12,000.00 | 121,722.00 |
| Frank Heidinger | Salary | 12,800.00 | 126,598.00 |
| Paul Thompson | Salary | 57,536.00 | 164,911.00 |
| John Risley | Salary | 1,735.00 | 6,583.00 |
| Zachary Durr | Salary | 2,496.00 | 52,104.00 |
| Kevin Maguire | Salary | 6,680.00 | 70,140.00 |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | 104,447.00 | 654,612.00 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| LaMonica Herbst & Maniscalco LLP | 7/25/2019 | 553,291.88 | 553,291.88 | 553,291.88 | - |
| Grassi & Co., CPAS | 7/25/2019 | 63,177.75 | 63,177.75 | 63,177.75 | |
| Shipman & Goodwin, LLP | 7/25/2019 | 38,475.45 | 38,475.45 | 38,475.45 | |
| Schiff Hardin LLP | 7/25/2019 | 3,161,753.75 | 3,161,753.75 | 3,161,753.75 | |
| LaMonica Herbst & Maniscalco LLP | 7/25/2019 | 14,945.12 | 14,945.12 | 14,945.12 | |
| Shipman & Goodwin, LLP | 7/29/2019 | 14,304.15 | 14,304.15 | 14,304.15 | |
| Schiff Hardin LLP | 7/29/2019 | 363,255.14 | 363,255.14 | 363,255.14 | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | 4,209,203.24 | 4,209,203.24 | 4,209,203.24 | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Chrysler Financial | 886.61 | 1,338.00 | - |
| Volvo Car Financial Services | 1,315.63 | 1,316.00 | - |
| Valley National Bank | | 1,200,000.00 | 3,800,000.00 |
| HSBC Bank | | 1,200,000.00 | 3,800,000.00 |
| Ford Motor Credit Co., LLC | 243.59 | 244.00 | - |
| Ford Motor Credit Co., LLC | 243.59 | 244.00 | - |
| Ford Motor Credit Co., LLC | 243.59 | 244.00 | - |
| Crestmark | unknown | - | unknown |
| TOTAL PAYMENTS | | 2,403,386.00 | |

*Equipment financed unknown

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | x | |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 Are any post petition payroll taxes past due? | | x |
| 9 Are any post petition State or Federal income taxes past due? | | x |
| 10 Are any post petition real estate taxes past due? | | x |
| 11 Are any other post petition taxes past due? | | **x** |
| 12 Have any pre-petition taxes been paid during this reporting period? | | x |
| 13 Are any amounts owed to post petition creditors delinquent? | | x |
| 14 Are any wage payments past due? | | x |
| 15 Have any post petition loans been been received by the Debtor from any party? | | x |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | x |



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
**Call 1.877.472.2249**
**TTY 1.800.898.5999**
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

DURR MECHANICAL CONSTRUCTION INC
DURR MECHANICAL CONSTRUCTION INC
DEBTOR-IN- POSSESSION
2395 ROUTE 715
TANNERSVILLE      PA  18360

| CORPORATE ANALYZED CHECKING | | |
|---|---|---|
| **ACCOUNT NUMBER** | 2244 | |
| **STATEMENT PERIOD** | 08/31/19 TO 09/30/19 | |

*DURR MECHANICAL CONSTRUCTION INC*
*DURR MECHANICAL CONSTRUCTION INC*
*DEBTOR-IN- POSSESSION*

| | |
|---|---|
| BEGINNING BALANCE | $10,098.96 |
| DEPOSITS & OTHER ADDITIONS | $773,852.44 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $167,978.18 |
| **ENDING BALANCE** | **$615,973.22** |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 08/31/19 | OPENING BALANCE | | | $10,098.96 |
| 09/03/19 | TRANSFER FROM CHECKING ACCOUNT ENDING IN 1811 | 747,150.00 | | $757,248.96 |
| | TRANSFER TO CHECKING ACCOUNT ENDING IN 8258 | | 64,000.00 | $693,248.96 |
| | Check #6963 | | 403.60 | $692,845.36 |
| 09/04/19 | DEPOSIT | 5,169.58 | | $698,014.94 |
| 09/05/19 | Check #6962 | | 36.00 | $697,978.94 |
| 09/09/19 | Check #6968 | | 7,706.28 | $690,272.66 |
| | Check #6970 | | 18,000.00 | $672,272.66 |
| | CASH DISBURSEMENT IRS-USATAXPYMT IRS USATAXPYMT 270965282478008 | | 22,864.28 | $649,408.38 |
| | CASH DISBURSEMENT IRS-USATAXPYMT IRS USATAXPYMT 270965255249687 | | 892.00 | $648,516.38 |
| 09/10/19 | CASH DISBURSEMENT NYS DTF PROMP WT-TAX PAYMNT NYS DTF P Tax Paymnt 000000047624633 | | 539.93 | $647,976.45 |
| | Check #6956 | | 403.60 | $647,572.85 |
| | Check #6966 | | 1,255.10 | $646,317.75 |
| 09/11/19 | CASH DISBURSEMENT COMMWLTHOFPA INT-PAEMPLOYTX COMMWLTHO PAEMPLOYTX 133320345 | | 2,301.42 | $644,016.33 |
| | Check #6965 | | 214.07 | $643,802.26 |
| | Check #6967 | | 403.50 | $643,398.76 |

*CONTINUED ON NEXT PAGE*

*Please examine your statement at once.*     *If you change your address, please notify us of your new address.*

| Date | Description | | | |
|---|---|---|---|---|
| 09/12/19 | Check #6964 | | 13,627.81 | $629,770.95 |
| 09/13/19 | CASH DISBURSEMENT NYS DTF PROMP WT-TAX PAYMNT NYS DTF P Tax Paymnt 000000047782404 | | 433.65 | $629,337.30 |
| | CASH DISBURSEMENT IRS-USATAXPYMT IRS USATAXPYMT 270965614389853 | | 6,969.90 | $622,367.40 |
| 09/16/19 | CASH DISBURSEMENT COMMWLTHOFPA INT-PAEMPLOYTX COMMWLTHO PAEMPLOYTX 133320345 | | 524.20 | $621,843.20 |
| | Check #6969 | | 310.46 | $621,532.74 |
| 09/17/19 | CORP TRADE PAYMENT FROM THE CITY OF NEW THE CITY Payments 201909133877284 | 21,532.86 | | $643,065.60 |
| | Check #6971 | | 779.35 | $642,286.25 |
| | Check #6972 | | 5,053.98 | $637,232.27 |
| 09/18/19 | CASH DISBURSEMENT NYC DEPT OF FINA-TAXPAYMENT NYC DEPT TAXPAYMENT 45658624 | | 25.00 | $637,207.27 |
| | CASH DISBURSEMENT NYS DTF CT-TAX PAYMNT NYS DTF C Tax Paymnt 000000047991072 | | 25.00 | $637,182.27 |
| 09/19/19 | CASH DISBURSEMENT NJ WEB PMT 02201-NJWEB02201 NJ WEB PM NJWEB02201 091000019915025 | | 395.00 | $636,787.27 |
| 09/20/19 | Check #6961 | | 148.48 | $636,638.79 |
| 09/23/19 | CASH DISBURSEMENT IRS-USATAXPYMT IRS USATAXPYMT 270966665965247 | | 6,346.54 | $630,292.25 |
| 09/24/19 | CASH DISBURSEMENT COMMWLTHOFPA INT-PAEMPLOYTX COMMWLTHO PAEMPLOYTX 133320345 | | 535.04 | $629,757.21 |
| 09/25/19 | CASH DISBURSEMENT NYS DTF PROMP WT-TAX PAYMNT NYS DTF P Tax Paymnt 000000048207272 | | 310.03 | $629,447.18 |
| | Check #6973 | | 1,037.66 | $628,409.52 |
| | Check #6974 | | 749.19 | $627,660.33 |
| 09/26/19 | Check #6977 | | 1,315.63 | $626,344.70 |
| 09/27/19 | CASH DISBURSEMENT IRS-USATAXPYMT IRS USATAXPYMT 270967074377945 | | 6,346.50 | $619,998.20 |
| | CASH DISBURSEMENT COMMWLTHOFPA INT-PAEMPLOYTX COMMWLTHO PAEMPLOYTX 133320345 | | 535.04 | $619,463.16 |
| | CASH DISBURSEMENT NYS DTF PROMP WT-TAX PAYMNT NYS DTF P Tax Paymnt 000000048321231 | | 310.03 | $619,153.13 |
| | Check #6976 | | 1,337.61 | $617,815.52 |
| | Check #6975 | | 730.77 | $617,084.75 |
| 09/30/19 | Check #6978 | | 1,111.53 | $615,973.22 |
| 09/30/19 | **ENDING BALANCE** | | | $615,973.22 |

*All deposited items are credited subject to final payment.*

## ITEMS PAID ON THIS STATEMENT

| | | | |
|---|---|---|---|
| #0 ......... 64,000.00 | #6956 ......... 403.60 | #6961 ......... 148.48 | #6962 ......... 36.00 |
| #6963 ......... 403.60 | #6964 ......... 13,627.81 | #6965 ......... 214.07 | #6966 ......... 1,255.10 |
| #6967 ......... 403.50 | #6968 ......... 7,706.28 | #6969 ......... 310.46 | #6970 ......... 18,000.00 |
| #6971 ......... 779.35 | #6972 ......... 5,053.98 | #6973 ......... 1,037.66 | #6974 ......... 749.19 |
| #6975 ......... 730.77 | #6976 ......... 1,337.61 | #6977 ......... 1,315.63 | #6978 ......... 1,111.53 |

—— CHECK IMAGE ACTIVITY ————————————————

*CONTINUED ON NEXT PAGE*

HSBC

We're sorry, we are unable to provide an image copy of this item. Please note that this does not affect your account in any way.

Issued by HSBC Bank USA  © HSBC Bank USA 2002   02-218

Check: Date: 9/3/19 Paid: 64,000.00

---

HSBC

We're sorry, we are unable to provide an image copy of this item. Please note that this does not affect your account in any way.

Issued by HSBC Bank USA  © HSBC Bank USA 2002   02-218

Back of check

---

DURR MECHANICAL CONSTRUCTION INC
Debtor in Possession
Case No. 18-13968
DATE August 11, 2019   6956
PAY TO: Frank Herzinger   $ 403.60
Four hundred three and 60/100   DOLLARS
HSBC
FOR: July 2019

Check: 6956 Date: 9/10/19 Paid: 403.60

---

Back of check 6956

---

DURR MECHANICAL CONSTRUCTION INC
Debtor in Possession
Case No. 18-13968
DATE August 29, 2019   6961
PAY TO: Steven Dillon O'Rourke   $ 148.48
One hundred forty-eight and 48/100   DOLLARS
HSBC
FOR: Exp 9/10 Phila

Check: 6961 Date: 9/20/19 Paid: 148.48

---

Back of check 6961

---

DURR MECHANICAL CONSTRUCTION INC
Debtor in Possession
Case No. 18-13968
DATE August 30, 2019   6962
PAY TO: Passaic Joint Water   $ 36.00
Thirty-six and 00/100   DOLLARS
HSBC
FOR:

Check: 6962 Date: 9/5/19 Paid: 36.00

---

2019-09-04
0909937636

Back of check 6962

---

DURR MECHANICAL CONSTRUCTION INC
Debtor in Possession
Case No. 18-13968
DATE August 30, 2019   6963
PAY TO: Frank Herzinger   $ 403.60
Four hundred three and 60/100   DOLLARS
HSBC
FOR: July 2019

Check: 6963 Date: 9/3/19 Paid: 403.60

---

Back of check 6963

---

DURR MECHANICAL CONSTRUCTION INC
Debtor in Possession
Case No. 18-13968
DATE September 6, 2019   6964
PAY TO: Oxford Health Plans   $ 13,627.81
Thirteen thousand six hundred twenty-seven and 81/100   DOLLARS
HSBC
FOR: Sept 2019

Check: 6964 Date: 9/12/19 Paid: 13,627.81

---

Back of check 6964

---

DURR MECHANICAL CONSTRUCTION INC
Debtor in Possession
Case No. 18-13968
DATE September 6, 2019   6965
PAY TO: Victor Serrento   $ 214.07
Two hundred fourteen and 07/100   DOLLARS
HSBC
FOR: Inv. 6478742

Check: 6965 Date: 9/11/19 Paid: 214.07

---

Back of check 6965

---

DURR MECHANICAL CONSTRUCTION INC
Debtor in Possession
Case No. 18-13968
DATE September 9, 2019   6966
PAY TO: PSE&G   $ 1256.10
One thousand two hundred fifty-five and 10/100   DOLLARS
HSBC
FOR:

Check: 6966 Date: 9/10/19 Paid: 1,255.10

---

090539 608653 0n8 4039 KeyLlEe
1234567 04 001 PSE&G 0591900624
Credit the account of the within named payee
without prejudice PEG-REGULUS  +512242963+

Back of check 6966

---

DURR MECHANICAL CONSTRUCTION INC
Debtor in Possession
Case No. 18-13968
DATE September 9, 2019   6967
PAY TO: Frank Herzinger   $ 403.50
Four hundred three and 50/100   DOLLARS
HSBC
FOR:

Check: 6967 Date: 9/11/19 Paid: 403.50

---

Back of check 6967

CONTINUED ON NEXT PAGE



Check: 6968  Date: 9/9/19  Paid: 7,706.28

Back of check 6968

Check: 6969  Date: 9/16/19  Paid: 310.46

Back of check 6969

Check: 6970  Date: 9/9/19  Paid: 18,000.00

Back of check 6970

Check: 6971  Date: 9/17/19  Paid: 779.35

Back of check 6971

Check: 6972  Date: 9/17/19  Paid: 5,053.98

Back of check 6972

Check: 6973  Date: 9/25/19  Paid: 1,037.66

Back of check 6973

Check: 6974  Date: 9/25/19  Paid: 749.19

Back of check 6974

Check: 6975  Date: 9/27/19  Paid: 730.77

Back of check 6975

Check: 6976  Date: 9/27/19  Paid: 1,337.61

Back of check 6976

CONTINUED ON NEXT PAGE

| | | |
|---|---|---|
| Check: 6977  Date: 9/26/19  Paid: 1,315.63 | Back of check 6977 | Check: 6978  Date: 9/30/19  Paid: 1,111.53 |

| | | |
|---|---|---|
| Back of check 6978 | | |

---

**For Consumer Accounts Only:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN — USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number (if any).
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2019 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.



EQUAL HOUSING LENDER



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
**Call 1.877.472.2249**
**TTY 1.800.898.5999**
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

DURR MECHANICAL CONSTRUCTION INC
DURR MECHANICAL CONSTRUCTION INC
DEBTOR-IN- POSSESSION
2395 ROUTE 715
TANNERSVILLE     PA  18360

| CORPORATE ANALYZED CHECKING | ACCOUNT NUMBER | 8258 |
|---|---|---|
| | STATEMENT PERIOD | 08/31/19 TO 09/30/19 |

*DURR MECHANICAL CONSTRUCTION INC*
*DURR MECHANICAL CONSTRUCTION INC*
*DEBTOR-IN- POSSESSION*

| | |
|---|---|
| BEGINNING BALANCE | $1,304.78 |
| DEPOSITS & OTHER ADDITIONS | $64,000.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $61,667.03 |
| **ENDING BALANCE** | **$3,637.75** |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 08/31/19 | OPENING BALANCE | | | $1,304.78 |
| 09/03/19 | TRANSFER FROM CHECKING ACCOUNT ENDING IN 2244 | 64,000.00 | | $65,304.78 |
| | ACH CHARGE FOR GENERATED OFFSET - DURR MECHANICAL DURR MECH PAYROLL -SETT-DURR MECH 609718258 0001500349246000935423920190903 ACH HLD /ST/PAYROLL NGV SET | | 15,003.49 | $50,301.29 |
| 09/10/19 | ACH CHARGE FOR GENERATED OFFSET - DURR MECHANICAL DURR MECH PAYROLL -SETT-DURR MECH 609718258 0001129355253002782289201909010 ACH HLD /ST/PAYROLL NGV SET | | 11,293.55 | $39,007.74 |
| 09/13/19 | ACH CHARGE FOR GENERATED OFFSET - DURR MECHANICAL DURR MECH PAYROLL -SETT-DURR MECH 609718258 0000408705256004673933201909013 ACH HLD /ST/PAYROLL NGV SET | | 4,087.05 | $34,920.69 |
| 09/17/19 | ACH CHARGE FOR GENERATED OFFSET - DURR MECHANICAL DURR MECH PAYROLL -SETT-DURR MECH 609718258 0001564146260005963862019010917 ACH HLD /ST/PAYROLL NGV SET | | 15,641.46 | $19,279.23 |
| 09/24/19 | ACH CHARGE FOR GENERATED OFFSET - DURR MECHANICAL DURR MECH PAYROLL -SETT-DURR MECH 609718258 0001564148267009137143201909024 ACH HLD /ST/PAYROLL NGV SET | | 15,641.48 | $3,637.75 |
| 09/30/19 | ENDING BALANCE | | | $3,637.75 |

*All deposited items are credited subject to final payment.*

*Please examine your statement at once.*     *If you change your address, please notify us of your new address.*

For Consumer Accounts Only:

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers
c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR
WRITE TO US AS SOON AS YOU CAN — USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number (if any).
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need
more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for
the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2019 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.





P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
**Call 1.877.472.2249**
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

DURR MECHANICAL CONSTRUCTION INC
DURR MECHANICAL CONSTRUCTION INC
DEBTOR-IN- POSSESSION
2395 ROUTE 715
TANNERSVILLE        PA  18360

---

| CORPORATE ANALYZED CHECKING | | |
|---|---|---|
| **ACCOUNT NUMBER** | 8266 | |
| **STATEMENT PERIOD** | 08/31/19 TO 09/30/19 | |

*DURR MECHANICAL CONSTRUCTION INC*
*DURR MECHANICAL CONSTRUCTION INC*
*DEBTOR-IN- POSSESSION*

| | |
|---|---|
| BEGINNING BALANCE | $311,884.97 |
| DEPOSITS & OTHER ADDITIONS | $30,644.80 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $35,926.96 |
| **ENDING BALANCE** | **$306,602.81** |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---|---|---|
| 08/31/19 | OPENING BALANCE | | | $311,884.97 |
| 09/04/19 | Check #106 | | 6,673.40 | $305,211.57 |
| 09/05/19 | REVERSAL OF CHECK | 6,673.40 | | $311,884.97 |
| 09/09/19 | Check #111 | | 850.38 | $311,034.59 |
| 09/10/19 | REVERSAL OF CHECK | 850.38 | | $311,884.97 |
| 09/16/19 | CASH DISBURSEMENT IRONWORKERS 580-WEBPAY IRONWORKE WEBPAY 04658 | | 3,017.04 | $308,867.93 |
| | CASH DISBURSEMENT IRONWORKERS 580-WEBPAY IRONWORKE WEBPAY 04658 | | 2,784.96 | $306,082.97 |
| | CASH DISBURSEMENT IRONWORKERS 580-WEBPAY IRONWORKE WEBPAY 04658 | | 435.19 | $305,647.78 |
| | CASH DISBURSEMENT IRONWORKERS 580-WEBPAY IRONWORKE WEBPAY 04658 | | 435.19 | $305,212.59 |
| | Check #113 | | 795.87 | $304,416.72 |
| 09/17/19 | Check #110 | | 705.81 | $303,710.91 |
| | MISCELLANEOUS ELECTRONIC CREDIT | 2,784.96 | | $306,495.87 |
| | REVERSAL OF CHECK | 795.87 | | $307,291.74 |
| | MISCELLANEOUS ELECTRONIC CREDIT | 435.19 | | $307,726.93 |
| | MISCELLANEOUS ELECTRONIC CREDIT | 435.19 | | $308,162.12 |
| | MISCELLANEOUS ELECTRONIC CREDIT | 3,017.04 | | $311,179.16 |

*CONTINUED ON NEXT PAGE*

*Please examine your statement at once.*     *If you change your address, please notify us of your new address.*

|  |  |  |  |
|---|---|---|---|
|  | Check #111 |  | 850.38 | $310,328.78 |
|  | Check #117 |  | 14,096.58 | $296,232.20 |
| 09/18/19 | Check #115 |  | 135.28 | $296,096.92 |
|  | REVERSAL OF CHECK | 14,096.58 |  | $310,193.50 |
|  | REVERSAL OF CHECK | 705.81 |  | $310,899.31 |
|  | REVERSAL OF CHECK | 850.38 |  | $311,749.69 |
| 09/19/19 | Check #116 |  | 3,500.63 | $308,249.06 |
| 09/25/19 | Check #113 |  | 795.87 | $307,453.19 |
|  | Check #111 |  | 850.38 | $306,602.81 |
| 09/30/19 | ENDING BALANCE |  |  | $306,602.81 |

*All deposited items are credited subject to final payment.*

## ITEMS PAID ON THIS STATEMENT

| | | | |
|---|---|---|---|
| #106 ......... 6,673.40 | #110 ......... 705.81 | #111 ......... 850.38 | #113 ......... 795.87 |
| #115 ......... 135.28 | #116 ......... 3,500.63 | #117 ......... 14,096.58 | |

## CHECK IMAGE ACTIVITY



Check: 106 Date: 9/4/19 Paid: 6,673.40     Back of check 106     Check: 110 Date: 9/17/19 Paid: 705.81

Back of check 110     Check: 111 Date: 9/25/19 Paid: 850.38     Back of check 111

Check: 113 Date: 9/25/19 Paid: 795.87     Back of check 113     Check: 115 Date: 9/18/19 Paid: 135.28

Back of check 115     Check: 116 Date: 9/19/19 Paid: 3,500.63     Back of check 116

*CONTINUED ON NEXT PAGE*



| Check: 117  Date: 9/17/19  Paid: 14,096.58 | Back of check 117 | |

For Consumer Accounts Only:

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN – USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2019 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.



EQUAL HOUSING
**LENDER**



P.O. Box 1393
Buffalo, NY 14240-1393

Questions?
Call 1.877.472.2249
TTY 1.800.898.5999
us.hsbc.com
Or write:
HSBC
P.O. Box 9
Buffalo, New York 14240

DURR MECHANICAL CONSTRUCTION INC
2395 ROUTE 715
TANNERSVILLE          PA  18360

---

| | |
|---|---|
| **CORPORATE ANALYZED CHECKING** | **ACCOUNT NUMBER** 1811 |
| | **STATEMENT PERIOD** 08/31/19 TO 09/30/19 |

*DURR MECHANICAL CONSTRUCTION INC*

| | |
|---|---:|
| **BEGINNING BALANCE** | **$6,669,727.00** |
| DEPOSITS & OTHER ADDITIONS | $0.00 |
| WITHDRAWALS & OTHER SUBTRACTIONS | $4,968,676.75 |
| **ENDING BALANCE** | **$1,701,050.25** |

| DATE POSTED | DESCRIPTION OF TRANSACTIONS | DEPOSITS & OTHER ADDITIONS | WITHDRAWALS & OTHER SUBTRACTIONS | BALANCE |
|---|---|---:|---:|---:|
| 08/31/19 | OPENING BALANCE | | | $6,669,727.00 |
| 09/03/19 | TRANSFER TO CHECKING ACCOUNT ENDING IN 2244 | | 747,150.00 | $5,922,577.00 |
| 09/04/19 | 03SEP2019 REPAY 959-001603-200 | | 1,200,000.00 | $4,722,577.00 |
| 09/06/19 | Check #1012 | | 2,881.13 | $4,719,695.87 |
| | Check #1010 | | 27,098.65 | $4,692,597.22 |
| 09/09/19 | Check #1007 | | 26,805.84 | $4,665,791.38 |
| | Check #1013 | | 6,288.95 | $4,659,502.43 |
| | Check #1017 | | 608.29 | $4,658,894.14 |
| | Check #1009 | | 3,314.81 | $4,655,579.33 |
| | Check #1008 | | 4,339.74 | $4,651,239.59 |
| | Check #1014 | | 16,242.57 | $4,634,997.02 |
| 09/10/19 | Check #1021 | | 2,828.00 | $4,632,169.02 |
| 09/11/19 | Check #1026 | | 1,200,000.00 | $3,432,169.02 |
| | Check #1016 | | 36,588.00 | $3,395,581.02 |
| 09/13/19 | Check #1028 | | 35,850.68 | $3,359,730.34 |
| | Check #1019 | | 437.66 | $3,359,292.68 |
| | Check #1027 | | 9,560.42 | $3,349,732.26 |
| 09/16/19 | Check #1023 | | 7,668.62 | $3,342,063.64 |
| 09/17/19 | Check #1029 | | 1,354.90 | $3,340,708.74 |
| 09/19/19 | Check #1025 | | 1,058,317.82 | $2,282,390.92 |
| | Check #1024 | | 554,269.27 | $1,728,121.65 |

*CONTINUED ON NEXT PAGE*

*Please examine your statement at once.*     *If you change your address, please notify us of your new address.*

| 09/20/19 | Check #1022 | 41.42 | $1,728,080.23 |
| 09/25/19 | Check #1018 | 2,029.98 | $1,726,050.25 |
| 09/30/19 | Check #1030 | 25,000.00 | $1,701,050.25 |
| 09/30/19 | ENDING BALANCE | | $1,701,050.25 |

*All deposited items are credited subject to final payment.*

## ITEMS PAID ON THIS STATEMENT

| #0 ......... 747,150.00 | #1007 ......... 26,805.84 | #1008 ......... 4,339.74 | #1009 ......... 3,314.81 |
| #1010 ......... 27,098.65 | #1012 ......... 2,881.13 | #1013 ......... 6,288.95 | #1014 ......... 16,242.57 |
| #1016 ......... 36,588.00 | #1017 ......... 608.29 | #1018 ......... 2,029.98 | #1019 ......... 437.66 |
| #1021 ......... 2,828.00 | #1022 ......... 41.42 | #1023 ......... 7,668.62 | #1024 ......... 554,269.27 |
| #1025 ......... 1,058,317.82 | #1026 ......... 1,200,000.00 | #1027 ......... 9,560.42 | #1028 ......... 35,850.68 |
| #1029 ......... 1,354.90 | #1030 ......... 25,000.00 | | |

For Consumer Accounts Only:

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Electronic transfers (called transfers below) means a) deposits, withdrawals, or payments made at an ATM or store terminal, b) bill payer transfers c) all other electronic transfers (e.g., payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE TO US AS SOON AS YOU CAN – USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    (1) Tell us your name and account number (if any).
    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

© 2019 HSBC Bank USA, National Association
HSBC Bank USA, National Association
Member FDIC.



EQUAL HOUSING
**LENDER**