UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

DURR MECHANICAL CONSTRUCTION, INC.

                 Debtor.

Chapter 11

Case No. 18-13968

---------------------------------------------------------------X

# ORDER DENYING DEBTOR'S MOTION SEEKING ENTRY OF AN ORDER APPROVING DISCLOSURE STATEMENT AND RELATED RELIEF

UPON the notice of hearing and motion (the "Motion") of Durr Mechanical Construction, Inc., the debtor and debtor in possession (the "Debtor"), by its counsel, LaMonica Herbst & Maniscalco, LLP, seeking entry of an Order (a) approving the Debtor's First Amended Disclosure Statement (the "Disclosure Statement") with respect to the Debtor's First Amended Plan of Liquidation (the "Plan") (as each may be supplemented or amended), (b) scheduling a hearing to consider confirmation of the Debtor's Plan and approving notice procedures thereof, and (c) establishing procedures for solicitation of ballots and the voting deadline, and granting such other, further and different relief as the Court deems just and proper; and upon the Affidavit of Service, which was filed with the Court; and upon the opposition and/or clarification to the relief sought in the Motion filed by I.K. Construction Inc.; and upon the hearing (the "Hearing") on the Motion held before this Court on January 7, 2020, the record of which is incorporated herein by reference; and after due deliberation thereon, and for the reasons stated by the Court at the Hearing, it is hereby

**ORDERED,** that the Motion seeking entry of an Order approving the Debtor's

Disclosure Statement with respect to the Debtor's Plan and related relief is denied, without prejudice.

Dated: January 15th, 2020
      New York, New York

                                  **/s/ STUART M. BERNSTEIN**
                                  HONORABLE STUART M. BERNSTEIN
                                  UNITED STATES BANKRUPTCY JUDGE